

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Graham Roderick Taylor - #100357

_____/

### ORDER TO SHOW CAUSE

It appearing that Graham Roderick Taylor has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.21 of the California Rules of Court and that he may not practice law while so enrolled effective October 29, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before March 2, 2010 as to why he should not be suspended from practice before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Graham Roderick Taylor
Attorney At Law
23 Meadowhill Drive
Tiburon, CA 94920