IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80005 MISC VRW

Graham Roderick Taylor,
                                 ORDER

    State Bar No 100357
_____/

        On January 19, 2010, the court issued an order to show cause (OSC) why Graham Roderick Taylor should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment by the State Bar of California pursuant to Rule 9.21 of the California Rules of Court, effective October 29, 2009.

        The OSC was mailed to Mr Taylor's address of record with the State Bar on January 21, 2010. A written response was due on or before March 2, 2010. No response to the OSC has been filed as of this date.

        The court now orders Graham Roderick Taylor removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

        IT IS SO ORDERED.

                                              VAUGHN R WALKER
                                              United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE

GRAHAM RODERICK TAYLOR

State Bar No. 100357

Case Number: CV10-80005 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Graham Roderick Taylor
23 Meadowhill Drive
Tiburon, CA 94920

Dated: March 8, 2010

Richard W. Wieking, Clerk

By: Frank Justiliano, Deputy Clerk